

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2019

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY, INC**., formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed by May 10, 2019. Appellant's first unopposed motion for extension of time was granted, extending the deadline for filing the brief to June 10, 2019. Appellant has filed a second unopposed motion for extension of time to file the brief until July 10, 2019, for a total extension of sixty (60) days. The motion is GRANTED. Appellant's brief must be filed by July 10, 2019. Appellant is advised that additional requests for extension of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court